UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAIGE BALLARD,<br><br>                                  Plaintiff,<br>v.<br>BEST BUY STORES, L.P.,<br><br>                                  Defendant. | Case No. 2:14-cv-02058-JCM-PAL<br><br>ORDER<br><br>(Stip Ext DPSO – Dkt. #17) |

Before the court is the parties' Stipulation to Extend Discovery Deadlines (Dkt. #17) filed July 22, 2015, in which the parties request a 60 day extension of the current discovery plan and scheduling order deadlines.

The court conducted a hearing on February 26, 2015, regarding the parties' Proposed Discovery Plan and Scheduling Order (Dkt. #13) which requested substantially more time than deemed presumptively reasonable under LR 26-1(e).  The court approved the parties' plan but advised counsel that absent a strong showing of good cause and due diligence, no further extensions would be allowed.

The court has reviewed that parties' Stipulation (Dkt. #17) and finds that that the parties have not shown good cause, due diligence, or that discovery cannot be completed within the current October 27, 2015 discovery cutoff.  For these reasons,

**IT IS ORDERED** that the parties' Stipulation to Extend Discovery Deadlines (Dkt. #17) is **DENIED.**

DATED this 28th day of July, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE