McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
 *wade.hansard@mccormickbarstow.com*
Michael Merritt
Nevada Bar No. 5720
 *michael.merritt@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Best Buy Stores, L.P.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAIGE BALLARD, | Case No. 2:14-cv-02058-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BEST BUY STORES, L.P., a foreign Limited Partnership; DOE BEST BUY EMPLOYEES 1-10; DOE JANITORS 1-10; DOE MAINTAINERS, 1-10; DOE VENDORS 1-10; ROE JANITORIAL SERVICES 1-10; ROE MAINTENANCE SERVICES 1-10; ROE VENDORS 1-10; DOE INDIVIDUALS 1-10, and ROE ENTITIES 1-10, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. Trial in this matter has not been scheduled. Each side is to bear their own fees and costs.

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd. Suite 350
Las Vegas, NV 89113

2:14-cv-02058-JCM-PAL

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

DATED this 24th day of November, 2015

                McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

                By _____
                Wade M. Hansard
                Nevada Bar No. 8104
                Michael Merritt
                Nevada Bar No. 5720
                8337 West Sunset Road, Suite 350
                Las Vegas, Nevada 89113
                Tel. (702) 949-1100

                Attorneys for Best Buy Stores, L.P.

DATED this 23rd day of November, 2015

                THE COTTLE FIRM

                By _____
                Robert W. Cottle, NV Bar No. 4576
                Jake R. Spencer, NV Bar No. 12282
                8635 S. Eastern Ave., Suite 2213
                Las Vegas, NV 89123
                Attorneys for Plaintiff
                PAIGE BALLARD

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice. Each side to bear their own fees and costs.

DATED December 11, 2015.

                                            _____
                                            US DISTRICT COURT JUDGE

30241-00064 3662234.1